Johnathon Fayeghi, Esq.
Nevada Bar No.: 12736
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: jfayeghi@sklar-law.com
       dbarney@sklar-law.com
*Attorneys for Plaintiff*
*Hardeep Sull*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARDEEP SULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, an agency of the State of Nevada; STATE OF NEVADA, ex rel. NEVADA DEPARTMENT OF ADMINISTRATION, an agency of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02234-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES ON DEFENDANT NEVADA DEPARTMENT OF ADMINISTRATION'S PARTIAL MOTION TO DISMISS**<br><br>**(First Request)**<br><br>Stipulation at ECF No. 10 regarding motion at ECF No. 5. |

Plaintiff Hardeep Sull ("Sull") and Defendant State of Nevada, ex rel. Nevada Department of Administration (the "Department"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On December 3, 2024, Defendant State of Nevada, ex rel. Nevada State Board of Dental Examiners ("NSBDE") filed a Notice of Removal of Civil Action to Federal Court (ECF No. 1; hereinafter, the "Notice of Removal"), which initiated this action.

2. At the time NSBDE filed the Notice of Removal, Sull had served a copy of her First Amended Complaint (ECF No. 1-7; "FAC") in the related state court action on the Department.

3. On December 12, 2024, the Department filed a Partial Motion to Dismiss Plaintiff's

First Amended Complaint (ECF No. 5; the "Motion to Dismiss"), requesting that the Court dismiss Sull's Seventh Claim for Relief in the FAC. *See* ECF No. 5, at 1, 8. The Court set a hearing on the Motion to Dismiss for February 3, 2025. ECF No. 7.

4. Sull's deadline to oppose the motion was automatically set for December 26, 2024, and the Department's deadline to file a reply was set for January 2, 2025. *See* LR 7-2(b). Based on the holidays during that time and the schedules of counsel generally, the parties stipulate and jointly request that **the Court extend the pending deadlines associated with the Motion to Dismiss by two weeks, setting a new deadline for Sull to oppose the motion by January 9, 2025, and a new deadline for the Department to file a reply brief by January 16, 2025.**

5. The parties agree that this Stipulation is being entered into for the purposes of modifying the deadlines referenced herein, and it shall not be construed as an acknowledgement or admission of any fact or legal issue, including, but not limited to, any jurisdictional issues, all of which are expressly reserved. This is the parties' first request for an extension of the deadlines referenced herein.

**IT IS SO STIPULATED**.

Dated this 24th day of December, 2024.　　　　　Dated this 24th day of December, 2024.

SKLAR WILLIAMS PLLC　　　　　　　　　　　STATE OF NEVADA OFFICE OF THE
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

*/s/ David B. Barney*　　　　　　　　　　　　　*/s/ Cassin T. Brown*
Johnathon Fayeghi, Esq. (NBN: 12736)　　　　　Cassin T. Brown, Esq. (NBN: 15877)
David B. Barney, Esq. (NBN: 14681)　　　　　　Gregory D. Ott, Esq. (NBN: 54763)
410 S. Rampart Blvd., Suite 350　　　　　　　　100 North Carson Street
Las Vegas, NV 89145　　　　　　　　　　　　　Carson City, NV 89701
*Attorneys for Plaintiff*　　　　　　　　　　　　*Attorneys for Defendant*
*Hardeep Sull*　　　　　　　　　　　　　　　　*Nevada Department of Administration*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
　　　　December 31, 2024
DATED: _____