# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARDEEP SULL,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, EX REL. NEVADA STATE BOARD OF DENTAL EXAMINERS, *et al.*,<br><br>　　　Defendants. | Case No. 2:24-cv-02234-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by January 31, 2025.

IT IS SO ORDERED.

Dated: January 28, 2025

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge