Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
edthomas@littler.com
asclark@littler.com

Attorneys for Defendant
NEVADA STATE BOARD OF DENTAL EXAMINERS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HARDEEP SULL,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, an agency of the State of Nevada; STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF ADMINISTRATION, an agency of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-02234-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS NEVADA STATE BOARD OF DENTAL EXAMINERS AND NEVADA DEPARTMENT OF ADMINISTRATION TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Hardeep Sull and Defendants Nevada State Board of Dental Examiners and Nevada Department of Administration, by and through their respective counsel, hereby agree and stipulate to extend the time for Defendants to file their responses to Plaintiff's Motion for Leave to Amend Complaint (ECF No. 26) from the current deadline of March 18, 2025, up to and including **April 1, 2025.**  The parties further agree and stipulate to extend the time for Plaintiff to file a Reply in Support of her Motion for Leave to Amend Complaint up to and including **April 15, 2025**.

The additional requested time is needed to accommodate the schedules of counsel, including pre-planned time out of the office and their respective workloads and other deadlines. The request will provide sufficient time for the parties to adequately assess the relevant arguments in the motion and response and prepare their respective responses. This is the first request for an extension of time to respond to Plaintiff's Motion for Leave to Amend Complaint. This request is made in good faith and not for the purpose of delay.

Dated: March 13, 2025

Respectfully submitted,

 /s/ David Barney
Johnathon Fayeghi, Esq.
David Barney, Esq.
SKLAR WILLIAMS, PLLC

*Attorney for Plaintiff*
HARDEEP SULL

Dated: March 13, 2025

Respectfully submitted,

 /s/ Andrew S. Clark
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
NEVADA STATE BOARD OF DENTAL EXAMINERS

Respectfully submitted,

 /s/ Casey J. Quinn
Greg D. Ott, Esq.
Casey J. Quinn, Esq.
OFFICE OF THE ATTORNEY GENERAL

*Attorney for Defendant*
NEVADA DEPARTMENT OF ADMINISTRATION

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

4891-8967-9352.1 / 106310-1004

2