Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.8800
Fax No.:          702.862.8811
edthomas@littler.com
asclark@littler.com

Attorneys for Defendant
NEVADA STATE BOARD OF DENTAL EXAMINERS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HARDEEP SULL,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, an agency of the State of Nevada; STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF ADMINISTRATION, an agency of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:24-cv-02234-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Defendants Nevada State Board of Dental Examiners (the "Board") and Nevada Department of Administration (the "Department" and collectively with the Board, the "Defendants"), and Plaintiff Hardeep Sull ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to amend the Scheduling Order (ECF No. 22), by extending the outstanding discovery deadlines by a period of sixty (60) days under LR IA 6-1, 6-2, and LR 26-3.

This is the first request for an extension of the deadlines in the Scheduling Order.  The requested extension is sought in good faith and not for purposes of delay.  This request is timely

under LR 26-3, as it is submitted at least twenty-one (21) days or more before each discovery deadline set forth below.

**DISCOVERY COMPLETED TO DATE**

The parties have each served and/or supplemented their initial disclosures and have begun written discovery. On January 22, 2025, the Board served its first supplement to its initial disclosures, which it originally served on May 5, 2023, while the matter was in State Court. On January 22, 2025, the Department and Plaintiff each served their initial disclosures. On January 29, 2025, the Board served its first set of written discovery—requests for production of documents, requests for admissions, and interrogatories—on Plaintiff. Plaintiff served her responses to the Board's discovery requests on March 10, 2025. On February 7, 2025, Plaintiff served her first set of written discovery—requests for production of documents, requests for admissions, and interrogatories—on the Board. The Board's responses to Plaintiff's written discovery are currently due March 20, 2025. On February 7, 2025, Plaintiff served her first set of written discovery—requests for production of documents, requests for admissions, and interrogatories—on the Department. The Department's responses to Plaintiff's discovery requests are due on March 14, 2025.

In addition, Plaintiff has noticed the deposition of Michele Royal Pontoni, Esq., who is a member of the Nevada State Board of Dental Examiners. The deposition is scheduled to take place on March 26, 2025.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

Given the early nature of discovery in this matter, the parties have not yet exchanged their responses to all of the pending requests for admissions, requests for production, and interrogatories, which has prevented them from adequately assessing whether certain expert witnesses may be necessary for the claims and defenses at issue. The parties also intend to conduct several depositions and third-party discovery, including Plaintiff's deposition and the subpoenaing of other witnesses for documents and for deposition. The parties also anticipate additional written discovery will take place based on their respective responses to the discovery requests now outstanding.

/ / /

**REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

This extension is necessary to allow all parties ample time to assess the relevant responses to outstanding discovery requests to ascertain whether expert witnesses may be necessary. The extension is also necessary to allow the parties to continue their written discovery efforts, deposition scheduling, and follow-up discovery requests. Accordingly, the parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DEADLINES**

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | Expired | **Expired** |
| Initial Expert Disclosures | April 3, 2025 | **June 2, 2025** |
| Rebuttal Expert Disclosures | May 5, 2025 | **July 7, 2025 (July 4 is a holiday)** |
| Discovery Cut-Off | June 2, 2025 | **August 1, 2025** |
| Dispositive Motions | July 2, 2025 | **September 1, 2025 (August 31, 2025, is a Sunday)** |
| Pretrial Order | August 1, 2025 | **September 30, 2025** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

/ / /

/ / /

/ / /

/ / /

### EXTENSIONS OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

| | |
|---|---|
| Dated: March 13, 2025 | Dated: March 13, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ David Barney | /s/ Andrew S. Clark |
| Johnathon Fayeghi, Esq.<br>David Barney, Esq.<br>SKLAR WILLIAMS, PLLC | Ethan D. Thomas, Esq.<br>Andrew S. Clark, Esq.<br>LITTLER MENDELSON, P.C. |
| *Attorney for Plaintiff*<br>HARDEEP SULL | *Attorney for Defendant*<br>NEVADA STATE BOARD OF DENTAL EXAMINERS |

Respectfully submitted,

/s/ Casey J. Quinn
Greg D. Ott, Esq.
Casey J. Quinn, Esq.
OFFICE OF THE ATTORNEY GENERAL

*Attorney for Defendant*
NEVADA DEPARTMENT OF ADMINISTRATION

**IT IS SO ORDERED.**

Dated: March 14, 2025

Nancy J. Koppe
United States Magistrate Judge

4891-8967-9352.1 / 106310-1004

4