| | |
|---|---|
| 1 | Johnathon Fayeghi, Esq. |
| | Nevada Bar No.: 12736 |
| 2 | David B. Barney, Esq. |
| | Nevada Bar No.: 14681 |
| 3 | SKLAR WILLIAMS PLLC |
| | 410 South Rampart Boulevard, Suite 350 |
| 4 | Las Vegas, Nevada 89145 |
| | Telephone: (702) 360-6000 |
| 5 | Facsimile:  (702) 360-0000 |
| | Email: jfayeghi@sklar-law.com |
| 6 | dbarney@sklar-law.com |
| | *Attorneys for Plaintiff* |
| 7 | *Hardeep Sull* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | HARDEEP SULL, an individual, | Case No. 2:24-cv-02234-JAD-NJK |
| 11 | Plaintiff, | |
| 12 | v. | **SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF HARDEEP SULL** |
| 13 | STATE OF NEVADA, ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, an agency of the State of Nevada; STATE OF NEVADA, ex rel. NEVADA DEPARTMENT OF ADMINISTRATION, an agency of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive, | |
| 18 | Defendants. | |

Plaintiff Hardeep Sull ("Ms. Sull") hereby authorizes the substitution of SULL AND ASSOCIATES, PLLC in place of SKLAR WILLIAMS PLLC, as counsel of record for Ms. Sull in this action.

Dated this <u>15</u> day of August, 2025.

                               */s/ Hardeep Sull*
                               HARDEEP SULL

/ / /

/ / /

/ / /

1  SKLAR WILLIAMS PLLC hereby consents to the substitution of SULL AND
2  ASSOCIATES, PLLC in our place as counsel of record for Ms. Sull in this action.
3  Dated this 18th day of August, 2025.

SKLAR WILLIAMS PLLC

By: /s/ David B. Barney
David B. Barney, Esq.
410 South Rampart Blvd., Suite 350
Las Vegas, NV 89145

9  SULL AND ASSOCIATES, PLLC hereby consents to its substitution in place of SKLAR
10 WILLIAMS PLLC as counsel of record for Ms. Sull in this action.
11 Dated this 15 day of August, 2025.

SULL AND ASSOCIATES, PLLC

By: /s/ Hardeep Sull
Hardeep Sull, Esq.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

IT IS SO ORDERED.
Dated: August 18, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge