**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HARDEEP SULL,

    Plaintiff,

v.

STATE OF NEVADA EX REL. NEVADA STATE BOARD OF DENTAL EXAMINERS,

    Defendants.

Case No. 2:24-cv-02234-JAD-NJK

**Order**

[Docket No. 82]

Pending before the Court is the parties' stipulation to extend case management deadlines by 90 days. Docket No. 82.

The Court **SETS** that stipulation for a hearing on February 10, 2026, at 10 a.m., in Courtroom 3C.

IT IS SO ORDERED.

Dated: February 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1