UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HARDEEP SULL,

Plaintiff,

-vs-

STATE OF NEVADA ex rel. NEVADA

BOARD OF DENTAL EXAMINERS, an

agency of the State of Nevada; DOES 1 through

X, inclusive; and ROE ENTITIES 1 through 10,

inclusive,

Defendant(s).

CASE NO. 2:24-cv-02234-JAD-NJK

**ORDER GRANTING**
**PLAINTIFF'S MOTION FOR EXTENSION TO COMPLY WITH DOCKET ORDER 88**

Plaintiff, Hardeep Sull ("Plaintiff"), hereby moves this Honorable Court for a brief extension of time to comply with Docket Order 88, and in support thereof states as follows:

1. On February 12, 2026, the Honorable Magistrate Judge issued Docket Order 88 ruling on various pending motions before the Court.

2. On that same date, the Honorable District Judge Cristina D. Silva issued an order in a separate habeas corpus matter, Case No. 2:25-cv-02628-CDS-BNW, directing Plaintiff to conduct a bond hearing in Immigration Court by February 17, 2026.

3. In addition, during this period, Plaintiff was actively engaged in discovery in the present matter. Defendants noticed Plaintiff's deposition for February 17, 2026. The parties subsequently agreed to split Plaintiff's deposition over two days.

4. The relevant period also included the federal President's Day holiday, during which all federal courts were closed, further constraining Plaintiff's available time to address competing court obligations.

5. Unfortunately, during this same time frame, Plaintiff developed a serious ear infection and was also recovering from an accident. As a result, Plaintiff has been physically incapacitated and her ability to work has been significantly impaired.

6. Despite these challenges, Plaintiff has diligently attempted to comply with all court orders, including continuing with her own deposition, managing discovery in this case, and fulfilling obligations in other federal matters, including the habeas proceeding.

7. Plaintiff is a solo practitioner and does not have additional staff or co-counsel to whom she can delegate these court-ordered responsibilities. The combination of overlapping federal deadlines, federal court closures, ongoing depositions, and her current medical condition has made it extremely difficult for Plaintiff to complete all required tasks by the deadline set in Docket Order 88.

8. Plaintiff does not seek to delay these proceedings unnecessarily, is mindful of the Court's prior admonitions and the Magistrate Judge's position regarding delays, and brings this motion only as a matter of last resort due to her medical hardship.

9. Plaintiff respectfully requests an additional two (2) weeks from the current deadline to fully comply with Docket Order 88.

10. This request is made in good faith and not for the purpose of delay. Granting this brief extension will not unduly prejudice Defendants and will allow Plaintiff a fair opportunity to comply with the Court's directives while recovering from her medical condition.

WHEREFORE

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order:

1. Granting Plaintiff a two-week extension of time to comply with Docket Order 88; and

**IT IS SO ORDERED**
Dated: February 18, 2026

_____
Nancy J. Koppe
United States Magistrate Judge