**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARDEEP SULL,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, *et al.*,<br><br>      Defendants. | Case No. 2:24-cv-02234-JAD-NJK<br><br>**Order Granting Stipulation to Extend Time to Answer and Respond**<br><br>**(FIRST REQUEST)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff and Defendants (the "Parties"), through undersigned counsel, hereby stipulate and agree as follows:

Defendants filed their Motion to Compel on March 12,2026 No. ECF No. 94.

The current deadline for Plaintiffs to respond to Defendants' Motion is March 26, 2026. The current deadline for the Defendants to reply to Plaintiff's response is April 2, 2026.

On March 26, 2026, undersigned counsel for the Parties agreed to a 7-day extension of time for Plaintiffs to (1) continue reviewing the Motion to Compel and related materials and (2) determine how best to proceed in this action. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Parties, through undersigned counsel, stipulate to a 7-day extension, from March 24, 2026, to **April 2, 2026**, for Plaintiff to file a response to the Motion to Compel. After which, the Parties stipulate that the Defendants' reply deadline will be

extended from April 2, 2026 to **April 16, 2026**. This is Plaintiffs' first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 26th day of March 26, 2026.

*/s/Hardeep Sull*

_____

HARDEEP SULL, ESQ.

*/s/Andrew Clark*

_____

Andrew Clark
Attorney
Littler Mendelson
8474 Rozita Lee Avenue, Suite 200
Las Vegas,NV 89113-4770
E-mail: ASClark@littler.com

Telephone: (702) 862-7734

*Counsel for Defendants*

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

Dated: March 27, 2026

.
.
.

_____

Nancy J. Koppe
United States Magistrate Judge

2