**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARDEEP SULL, | Case No. 2:24-cv-02234-JAD-NJK |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE-MOTIONS DEADLINE** |
| STATE OF NEVADA ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, an agency of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Defendant the Nevada State Board of Dental Examiners (the "Board") and Plaintiff Hardeep Sull, hereby submit the following Stipulation to Extend the deadline to file Dispositive Motions outlined in the current Scheduling Order (ECF No. 87) by a period of 45 days, up to and including June 15, 2026.

The parties have completed written discovery and depositions in this matter on March 30, 2026, as outlined in the Court's Scheduling Orders dated February 10, 2026 (ECF No. 87) and February 12, 2026 (ECF No. 88). As part of the Court's February 12, 2026, Order, it extended the dispositive-motions deadline through April 29, 2026. The Court's original extension of the

dispositive-motions deadline, in part, alleviated a scheduling issue that arose from the parties' accommodation of third-party witness, Eva Romero, whose circumstances prompted the Court to extend discovery through March 30, 2026, solely to take her deposition (ECF No. 87).

The parties have worked diligently to complete discovery in this matter according to the deadlines outlined in this Court's scheduling orders. Although they have now completed written discovery and depositions as outlined above, they will need additional time to receive the necessary deposition transcripts and draft their dispositive motions. Most important is the transcript of Ms. Romero's deposition, which was taken on March 30, 2026. Given the timeline for earlier depositions in this matter, it is unlikely that the parties will receive the transcript of Ms. Romero's deposition until shortly before the current deadline to submit dispositive motions—if they receive the transcript before the deadline at all. Thus, good cause justifies the requested 45-day extension.

*[Remainder of Page Intentionally Left Blank]*

In addition, scheduling conflicts among the parties also support the 45-day requested extension of the dispositive-motions deadline. Defendant's counsel has preexisting time scheduled out of the office in April and obligations in other cases that may prevent them from timely filing dispositive motions in the event that the necessary deposition transcripts arrive close to the current dispositive-motions deadline. The requested extension will ensure that each party receives the necessary deposition transcripts and has sufficient time to formulate their respective arguments for summary judgment. Accordingly, good cause exists to extend the dispositive-motions deadline to permit the parties to achieve their respective stated briefing goals. The requested extension is sought in good faith and not for purposes of delay.

Dated: April 8, 2026

Respectfully submitted,


/s/ Hardeep Sull, Esq.
Hardeep Sull, Esq.
SULL & ASSOCIATES PLLC

Plaintiff

Dated: April 8, 2026

Respectfully submitted,


/s/ Andrew S. Clark, Esq.
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
NEVADA STATE BOARD OF DENTAL
EXAMINERS


**IT IS SO ORDERED**
Dated: April 10, 2026
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

3