**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HARDEEP SULL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel. NEVADA STATE BOARD OF DENTAL EXAMINERS, an agency of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02234-JAD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISPOSITIVE-MOTIONS DEADLINE**<br><br>**[SECOND REQUEST]** |

Defendant the Nevada State Board of Dental Examiners (the "Board") and Plaintiff Hardeep Sull, hereby submit the following Stipulation to Extend the deadline to file Dispositive Motions outlined in the current Scheduling Order (ECF No. 102) by a period of 90 days, up to and including September 14, 2026. This is the parties' second request to extend the dispositive-motions deadline.

The parties completed written discovery and depositions in this matter on March 30, 2026, as outlined in the Court's Scheduling Orders dated February 10, 2026 (ECF No. 87) and February 12, 2026 (ECF No. 88). As part of the Court's February 12, 2026, Order, it extended the dispositive-motions deadline through April 29, 2026. On April 10, 2026, the Court granted the

parties' first stipulation to extend the dispositive-motions deadline (ECF No. 102).  The current deadline to submit dispositive motions is June 15, 2026.

On May 14, 2026, the Court granted the Board's Motion to Compel Discovery Responses and ordered Plaintiff to produce documents and records in response to the Board's Second Set of Requests for Production and subpoena for documents directed at Sull & Associates (ECF No. 105). On May 27, 2026, Plaintiff filed an Objection to the Magistrate Judge's Order granting the Board's Motion to Compel (ECF No. 108).  The Board's response to Plaintiff's pending Objection is due on June 10, 2026.  The parties anticipate a ruling on Plaintiff's Objection thereafter, but they are unlikely to receive a resolution of the Objection in time to submit their dispositive motions by June 15, 2026.  The scope of written discovery in this matter and its inclusion in the parties' dispositive motions, therefore, are dependent upon the resolution of Plaintiff's Objection to Magistrate Judge's Order granting the Board's Motion to Compel. Recently, Plaintiff was hospitalized and is suffering from medical issues.

Good cause exists to extend the dispositive-motions deadline because the potential discovery at the heart of the Court's current Order to Compel Discovery Responses would be relevant to both parties' potential dispositive motions and Plaintiff's current health.  Furthermore, the parties have completed all other written discovery and depositions in this matter.  There are currently no other outstanding discovery disputes other than those disputes currently before the Court.  In addition, the respective schedules of Plaintiff and Board counsel in June and July 2026 support the request for additional time to complete dispositive briefing.  Counsel for the Board has pre-arranged personal travel and professional obligations in and throughout June and July.  Plaintiff has had medical complications that require her attention.

*[Remainder of Page Intentionally Left Blank]*

2

Accordingly, the parties respectfully submit that good cause exists to extend the dispositive-motions deadline to permit the parties to achieve their respective stated briefing goals and in light of their respective obligations and the forthcoming resolution of their pending discovery dispute. The requested extension is sought in good faith and not for purposes of delay.

Dated:  June 12, 2026

Respectfully submitted,


/s/ Hardeep Sull
Hardeep Sull, Esq.
SULL & ASSOCIATES PLLC

Plaintiff

Dated:  June 12, 2026

Respectfully submitted,


/s/ Andrew S. Clark
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
NEVADA STATE BOARD OF DENTAL EXAMINERS


**IT IS SO ORDERED.**

Dated:  June 12, 2026

_____
UNITED STATES MAGISTRATE JUDGE

3