**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HARDEEP SULL,

Plaintiff,

v.

STATE OF NEVADA EX REL. NEVADA STATE BOARD OF DENTAL EXAMINERS,

Defendant.

Case No. 2:24-cv-02234-JAD-NJK

**Order**

[Docket Nos. 114, 115]

Pending before the Court is the parties' stipulation to extend time for Plaintiff to respond to Defendant's motion for case-terminating sanctions. Docket No. 114. Also pending before the Court is the parties' stipulation to extend the dispositive motions deadline by 30 days. Docket No. 115.

For good cause shown, the Court **GRANTS** the parties' stipulations. Docket Nos. 114, 115. Plaintiff's response to Defendant's motion for case-terminating sanctions is extended to September 3, 2026, and Defendant's reply deadline is extended to September 10, 2026. Further, the dispositive motion deadline is extended to October 15, 2026.

IT IS SO ORDERED.

Dated: August 7, 2026

Nancy J. Koppe
United States Magistrate Judge